IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| BOBBY RAY CHAMBERS #662086 § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-145 |
| § | |
| DOUG DRETKE, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, CORRECTIONS § | |
| INSTITUTIONS DIVISION § | |

## ORDER OF DISMISSAL

Before the Court for its Order of Acceptance is a Report and Recommendation of the Magistrate Judge, entered on March 10, 2006, which recommends that the Application for Writ of Habeas Corpus of Bobby Ray Chambers be dismissed with prejudice. Petitioner has filed objections to the Report and Recommendation, objecting that he is appealing the results of a disciplinary action, only. However, the complained of disciplinary action is the exact issue addressed by the Magistrate Judge in his recommendation for dismissal.

Having given this matter *de novo* review as required by 28 U.S.C. §636 (b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of applicable law and it is, hereby, **ACCEPTED** in its entirety and incorporated by reference herein.

It is **ORDERED** that the Application for Writ of Habeas Corpus of Bobby Ray Chambers is **DISMISSED** with prejudice.

**DONE** at Galveston, Texas, this the 20th day of April, 2006.

_____
Samuel B. Kent
United States District Judge